UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-CR-20417-WILLIAMS

UNITED STATES OF AMERICA

v.

KENIA VALLE BOZA,

                Defendant.
_____/

## Verdict Form

### COUNT 1
Conspiracy to Commit Health Care Fraud and Wire Fraud

**Part I**

With respect to Count 1 of the Indictment, we the Jury unanimously find the Defendant, Kenia Valle Boza:

_____ Guilty     __X__ Not Guilty

**Part II**

If you unanimously found the Defendant guilty of the crime charged in Count 1, please answer the following:  N/A

We, the jury, unanimously find with respect to Count 1 that Defendant, Kenia Valle Boza, conspired to commit the following crime or crimes (choose one):

_____ Health Care Fraud

_____ Wire Fraud

_____ Both Health Care Fraud and Wire Fraud

1

## COUNT 4
### Major Fraud Against the United States

With respect to Count 4 of the Indictment, Major Fraud Against the United States, as to beneficiary E.R.. on or about 06/07/2017, we the Jury unanimously find the Defendant, Kenia Valle Boza:

_____ Guilty     __X__ Not Guilty

## COUNT 5
### Major Fraud Against the United States

With respect to Count 5 of the Indictment, Major Fraud Against the United States, as to beneficiary S.Q., on or about 06/20/2017, we the Jury unanimously find the Defendant, Kenia Valle Boza:

_____ Guilty     __X__ Not Guilty

## COUNT 6
### Major Fraud Against the United States

With respect to Count 6 of the Indictment, Major Fraud Against the United States, as to beneficiary M.G., on or about 06/07/2017, we the Jury unanimously find the Defendant, Kenia Valle Boza:

_____ Guilty     __X__ Not Guilty

SO SAY WE ALL

_____                    DATE: 13 JUNE 2025
Foreperson

_____
Foreperson (print name)